SCHALL, Circuit Judge.

ORDER

The Secretary of Veterans Affairs moves to vacate the Court of Appeals for Veterans Claims’ decisions in Robinson v. Principi, 01-1378 (December 31, 2002), Times v. Principi, 02-307 (Vet.App. November 12, 2002), Orr v. Principi, 01-1817 (Vet.App. November 15, 2002), Herring v. Principi, 01-2148 (November 25, 2002), Murphy v. Principi, 01-1632 (December 10, 2002), Huggins v. Principi, 01-1947 (December 12, 2002), Wyatt v. Principi 01-1803 (December 12, 2002), Monserez v. Principi 01-588 (December 4, 2002), Lumpkin v. Principi 02-193 (December 30, 2002), Westre v. Principi, 01-1841 (December 24, 2002), Zeugner-Maynard v. Principi, 01-1738 (January 23, 2003), Kokenge v. Principi 01-1073 (January 6, 2003), Rose v. Principi 01-845 (January 7, 2003), Forgione v. Principi, 02-103 (January 6, 2003), Morse v. Principi, 01-1185 (February 10, 2003), Anderson v. Principi, 01-1774 (January 8, 2003), Tate v. Principi 01-0735 (February 26, 2003), Rose v. Principi, 01-648 (February 20, 2003), Taladas v. Principi 01-1199 (January 10, 2003), Worthington v. Principi 01-2077 (March 4, 2003), Hammond v. Principi 01- 1944 (March 19, 2003), Aguila v. Principi, 01-1093 (March 4, 2003), Hayes v. Principi 01-1824 (March 27, 2003), Freeman v. Principi 01-591 (April 2, 2003), Williams v. Principi 01-968 (April 8, 2003), Askew v. Principi, 01-1461 (April 7, 2003), Fallwell v. Principi 02-456 (April 15, 2003), Dhein v. Principi 01-1836 (May 23, 2003), Delgado v. Principi 02-449 (May 27, 2003), Frazier v. Principi, 01-839 (June 3, 2003), Carroll v. Principi 01-1267 (June 5, 2003), Glover v. Principi 02-261 (June 5, 2003), Merriman v. Principi, 01-1420 (June 19, 2003), Diaz v. Principi 01-1426 (June 17, 2003), Joyce v. Principi, 02-309 (July 8, 2003), Chism v. Principi 01-838 (July 16, 2003), Rigney v. Principi 01-2167 (April 23, 2003), Davies v. Principi 02-2433 (August 11, 2003), Anderson v. *318 Principi, 02-1993 (August 21, 2003), Lea-mil v. Principi, 02-1087 (September 2, 2003), McCowen v. Principi, 02-0008 (September 16, 2003), Miller v. Principi, 02-260 (September 11, 2003), Greene v. Principi, 01-1757 (October 7, 2003), Pillows v. Principi, 02-1856 (October 23, 2003) and remand for further proceedings consistent with this court’s decision in Conway v. Principi, 353 F.3d 1369 (Fed.Cir.2004). The appellees state that they do not oppose or have not responded.
To the extent the Secretary requests remand for consideration of additional issues not related to Conway, the court makes no ruling. These issues may be raised before the Court of Appeals for Veterans Claims on remand.
Upon consideration thereof,
IT IS ORDERED THAT:
The motions are granted.*

 Before filing the motions to vacate and remand, the Secretary requested at least one continuation of the stay in many of the above captioned appeals. Those motions are granted.